# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MR. PETER ALLEN TREADWAY, JR.,** : | |
|     **Plaintiff,** : | |
| : | |
| v. : | **CIVIL ACTION NO. 20-CV-1306** |
| : | |
| **WEST CHESTER, CHESTER COUNTY,** : | |
| **PA,** : | |
|     **Defendant.** : | |

## ORDER

AND NOW, this 17th day of June, 2020, upon consideration of Peter Allen Treadway, Jr.'s Amended Complaint (ECF No. 5), which is the governing pleading in this matter, it is **ORDERED** that:

    1.    The Amended Complaint is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915A(b)(1).  The dismissal of this case should not constitute a bar to Treadway attacking his convictions in his pending *habeas* proceeding, *Treadway v. Guilmore*, Civ. A. No. 18-2599 (E.D. Pa.).

    3.    The Clerk of Court shall **CLOSE** this case.

                                                    **BY THE COURT:**

                                                     *s/ Michael M. Baylson*
                                                     **MICHAEL M. BAYLSON, J.**